**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>vs.<br><br>GABRIEL DASSA, D.O.,<br>SUKDEB DATTA, M.D.,<br>DARRIN KALOZ, D.C.,<br>YELENA SHUBINA, M.D. (a.k.a. "YELENA BOGORAZ"),<br>DANIEL SCHLUSSELBERG, M.D.,<br>DASSA ORTHOPEDIC MEDICAL SERVICES, P.C. d/b/a<br>C\V ORTHOPEDIC,<br>GARDEN STATE NEURO STIMULATION, LLC,<br>DATTA ENDOSCOPIC BACK SURGERY & PAIN CENTER, LLC,<br>ADJUST FOR LIFE CHIROPRACTIC, P.C.,<br>NEWBURGH PRIMARY CARE, P.C. d/b/a ELITE ORTHOPEDICS,<br>LEADING EDGE MEDICAL DIAGNOSTIC, P.C.,<br>ARTHUR KOSTANIAN,<br>SERGEY DENEVICH,<br>GENNADI KHODAK (a.k.a. "GENE KHODAK"),<br>SKAZKA, LLC, and<br>NIMBLE BUSINESS SOLUTIONS, INC.,<br><br>            Defendants. | Civil Action No.: 7:23-cv-07515 |

**~~PROPOSED~~ ORDER GRANTING THE JOINT STIPULATION BETWEEN ALLSTATE AND THE DEFENDANTS, LEADING EDGE MEDICAL DIAGNOSTIC, P.C. AND DANIEL SCHLUSSELBERG, M.D. TO STAY CURRENT AND FUTURE ARBITRATION PROCEEDINGS AND STATE COURT LITIGATION**

Upon consideration of the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate" and/or "Plaintiffs") and the Defendants, Daniel Schlusselberg, M.D. and Leading Edge Medical Diagnostic, P.C. (collectively, "Defendants")

1

Joint Stipulation to Stay Current and Future Arbitration Proceedings and State Court Litigation, IT IS HEREBY:

~~**ORDERED** that all of the Leading Edge Medical Diagnostic, P.C. state court litigation currently pending against Allstate is stayed throughout the pendency of the above-captioned litigation;~~

**ORDERED** that Leading Edge Medical Diagnostic, P.C. is to refrain from filing any future arbitrations and state court litigation against Allstate throughout the pendency of the above-captioned litigation.

**ORDERED** that Daniel Schlusselberg, M.D. and/or Leading Edge Medical Diagnostic, P.C. shall seek leave of the Court should they at any time in the future seek to withdraw from this stipulation.

**ORDERED** that Allstate shall reserve the right to file a Motion for Preliminary Injunction, seeking a stay of: (1) all pending No-Fault litigation, and (2) all future No-Fault arbitrations and state court litigation in the event that Daniel Schlusselberg, M.D. and/or Leading Edge Medical Diagnostic, P.C. is granted a withdrawal from this stipulation.

**SO ORDERED.**

Dated: White Plains, New York
       August 31, 2023

_____
Philip M. Halpern
United States District Judge