UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALLSTATE INSURANCE COMPANY, ALLSTATE
PROPERTY & CASTUALTY INSURANCE
COMPANY, AND ALLSTATE FIRE AND
CASUALTY INSURANCE COMPANY,

          Plaintiff,

-against-

GABRIEL DASSA, D.O., SUKDEB DATTA, M.D.,
DARRIN KALOZ, D.C., YELENA SHUBINA, M.D.
(a.k.a. "YELENA BOGORAZ"), DANIEL
SCHLUSSELBERG, M.D., DASSA ORTHOPEDIC
MEDICAL SERVICES, P.C. d/b/a C\V ORTHOPEDIC,
GARDEN STATE NEURO STIMULATION, LLC,
DATTA ENDOSCOPIC BACK SURGERY & PAIN
CENTER, LLC, ADJUST FOR LIFE
CHIROPRACTIC, P.C., NEWBURGH PRIMARY
CARE, P.C. d/b/a ELITE ORTHOPEDICS, LEADING
EDGE MEDICAL DIAGNOSTIC, P.C., ARTHUR
KOSTANIAN, SERGEY DENEVICH, GENNADI
KHODAK (a.k.a. "GENE KHODAK"),
SKAZKA, LLC, and NIMBLE BUSINESS
SOLUTIONS, INC.,

          Defendants.

------------------------------------------------------------X

Civil Action No. 23-CV-07515

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED that the law firm of Proskauer Rose LLP be substituted as counsel of record for Defendants Yelena Shubina M.D. and Newburgh Primary Care, P.C. d/b/a Elite Orthopedics, in the place of the law firm of Mendelbaum Barrett PC..

| | |
|---|---|
| PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Tel: 973.274.3200 | MANDELBAUM BARRETT PC<br>570 Lexington Avenue, 21st Floor<br>New York, NY 10022<br>Tel: 973.327.6603 |
| By: /s/ *David Picon*<br>    David Picon, Esq.<br>    Vinay Kohli, Esq.<br>    (*pro hac vice* forthcoming) | By: [signature]<br>    Michael Kivowitz, Esq. |
| Dated: October 20, 2023 | Dated: October 24, 2023 |

SO ORDERED:

[signature]

PHILIP M. HALPERN
United States District Judge

Dated: White Plains, New York
       October 26, 2023