UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, et al.,

                Plaintiffs,

- against -

GABRIEL DASSA, D.O., et al.,

                Defendants.

**ORDER**

23-CV-07515 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held a pre-motion conference on February 22, 2024 regarding the motion of Defendants Kostanian, Denevich, and Skazka LLC ("Moving Defendants") to quash certain subpoenas served by Plaintiffs on non-parties Yahoo, Inc. ("Yahoo"), Google LLC ("Google"), and TD Bank, N.A. ("TD Bank").

    As stated on the record, the Court issued the following rulings:

1. With respect to the subpoena to TD Bank, the motion to quash is DENIED, but the scope of the subpoena is limited to only those records concerning the Defendants named in the Complaint or Defendants' employees. TD Bank is directed to produce the responsive documents to counsel for Moving Defendants. Counsel for Moving Defendants will then either (i) redact the documents and produce them to Plaintiffs, or (ii) produce the unredacted documents pursuant to the Stipulated Confidentiality and Protective Order (Doc. 77).

2. With respect to the subpoenas to Yahoo and Google, the motion to quash is DENIED, but the scope of the subpoenae are limited to only metadata of communications involving the Defendants named in the Complaint or Defendants' employees. Plaintiffs' counsel shall prepare a draft list identifying all email addresses associated

with the Defendants named in the Complaint and Defendants' employees. The parties shall then meet and confer and shall provide an agreed upon list of email addresses to the Court via Chambers email by March 7, 2024.

See transcript.

                                              **SO ORDERED.**

Dated: White Plains, New York
         February 23, 2024

_____
PHILIP M. HALPERN
United States District Judge