UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, et al.,

              Plaintiffs,

    -against-

GABRIEL DASSA, D.O., et al.,

              Defendants.

**ORDER**

23-CV-07515 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

    The Clerk of Court is respectfully directed to close the case.

                            **SO ORDERED.**

Dated:   White Plains, New York
         June 6, 2024

                            PHILIP M. HALPERN
                            United States District Judge